# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA EDICK, individually and as Special Administrator for the Estate of PHILLIP EDICK, deceased,<br><br>            Plaintiffs,<br><br>vs.<br><br>ALLEGIANT AIR, LLC; CLARK COUNTY DEPARTMENT OF AVIATION,<br><br>            Defendants. | Case No.  2:11-cv-00259-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Allegiant Air, LLC's failure to file a Statement in Removal. The Minutes of the Court (#4) dated February 16, 2011, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant Allegiant Air, LLC shall file a Statement in Removal which fully complies with the Minutes of the Court (#4) no later than **March 18, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 8th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge